**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| WARREN OSTRANDER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-11526-AJT-DRG |
| | ) | |
| v. | ) | |
| | ) | |
| TATE & KIRLIN ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, WARREN OSTRANDER, by and through his undersigned counsel, hereby dismisses the above- captioned proceeding against Defendant TATE & KIRLIN ASSOCIATES, INC., with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. An answer has not been filed.

Dated: April 18, 2016                                          By:     /s/ Morris B. Lefkowitz
                                                                                Attorney for Plaintiff


Morris B. Lefkowitz
Michigan Attorney No. P31335
Allen Chern Law PLLC
24100 Southfield Road
Suite 203
Southfield, MI 48075
Phone: (248) 569-0180
Fax: (248) 559-0175
morrie@lefkowitzlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 18, 2016, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Morris B. Lefkowitz
Attorney for Plaintiff